

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

_____
|  |  |
|---|---|
| Those Characters From Cleveland, LLC ) | Case No.: 23-cv-15080 |
| ) |  |
| Plaintiff, ) |  |
| v. ) | Judge: Franklin U Valderrama |
| THE INDIVIDUALS, CORPORATIONS, ) |  |
| LIMITED LIABILITY COMPANIES, ) |  |
| PARTNERSHIPS, AND UNINCORPORATED ) |  |
| ASSOCIATIONS IDENTIFIED ON ) |  |
| SCHEDULE A HERETO, ) |  |
| ) |  |
| Defendants. ) |  |

## DECLARATION OF PRO SE STATUS

1. It is well-settled that the owner of a sole proprietorship may proceed pro se on behalf of the sole proprietorship when it is sued under its trade name. See United States v. Hagerman, 545 F.3d 579, 581 (7th Cir. 2008) ("A sole proprietorship may litigate pro se, because it has no legal identity separate from the proprietor himself.").

2. Defendant Undeadredneck has no separate legal identity from mike lauzon.

3. I, Mike Lauzon, respectfully ask that the Court consider the following Declaration and statement of facts:

   a. Undeadredneck is the name of a store on the teepublic.com marketplace website and Defendant 243 in this case.

   b. I hereby certify that I am the sole owner and operator of undeadredneck. I am the sole person named on teepublic.com seller account.

   c. Undeadredneck is a name used for marketing purposes, privacy purposes and as a tool to sell parody and Mashup designs on an online marketplace.

    d.    I, Mike Lauzon, am a self-employed individual; a sole proprietor with no employees or partnerships, who sells these parody and mashup designs.

    e.    I, Mike Lauzon, bear sole responsibility for all business decisions, profits, losses, incurred debt and legal proceedings against Undeadredneck .

    f.    Being that I am a small business owner, not a corporation, I wish to represent myself pro se as my trade name, Mike Lauzon, as shown on the Schedule A is named.

## CONCLUSION

4.    I am seeking to appear as a Pro Se Litigant in order to avoid a default decision being issued against me. As I am not a corporation, I, Mike Lauzon, will solely bear the full financial burden enacted by a default decision against Undeadredneck.

5.    With great respect for the Court's time and the gravity of the legal proceedings, I only seek to participate in the proceedings against me which, if decided without defence, will severely impact my ability to house and provide for my family. I am committed to engaging responsibly in these proceedings and seek a fair and just resolution.

DATED  Jan 3rd 2024                                                                    Respectfully submitted,

/s/ Mike Lauzon
Defendant 243
UNDEADREDNECK

Mike.t.lauzon@gmail.com

2074 robie street
halifax ns b3k5l3
pro se litigant

**CERTIFICATE OF SERVICE**

The undersigned individual hereby certifies that a true and correct copy of the foregoing Declaration was electronically filed with the Clerk of the Court via the Pro Se Filer PDF Submissions page on the courts website, and served by email to the Plaintiff's attorneys identified below on <u>Jan 3rd 2024</u>.

/s/ <u>Mike Lauzon</u> /s/

Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
wkalbac@hsplegal.com
rmcmurray@hsplegal.com

Attorneys for Plaintiff
Those Characters From Cleveland, LLC