

**FILED**
**1/23/2024**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Those Characters From Cleveland, LLC, | ) | Case No.: 23-CV-15080 |
| Plaintiff, | ) | |
| v. | ) | Judge: Franklin U. Valderrama |
| THE INDIVIDUALS, CORPORATIONS LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) | |
| Defendants. | ) | Magistrate: Jeffrey T. Gilbert |

## DEFENDANT NO. 243, UNDEADREDNECK'S
## MOTION TO DISMISSS COMPLAINT WITH PREJUDICE

Defendant, TeePublic store named Undeadredneck identified as defendant No. 243 in the above-captioned case ("Defendant"), hereby moves this court to Dismiss the Complaint for Lack of Jurisdiction, and Failure to State a Claim, pursuant to Fed. R. Civ. Pro. 12(b)(2), and (6) and sanction Plaintiff and its counsel where the court deems appropriate.

This date of January 23, 2024.                    Respectfully submitted,

                                                  /s/ Mike Lauzon

                                                  Defendant 243
                                                  Undeadredneck
                                                  Mike.t.lauzon@gmail.com
                                                  2074 Robie Street, Halifax NS b3k5l3, Canada

                                                  *pro se litigant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of UNDEADREDNECK's Motion, Memorandum, Declaration and Exhibits were electronically filed with the Clerk of the Court via the Pro Se Filer PDF Submissions page on the courts website, and served by email to the Plaintiff's attorneys identified below on January 23rd, 2024.

/s/ Mike Lauzon

William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone

Attorney for Plaintiff
Those Characters From Cleveland, LLC