**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
1/23/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXA

| | | |
|---|---|---|
| Those Characters From Cleveland, LLC, | ) | Case No.: 23-CV-15080 |
| Plaintiff, | ) | |
| v. | ) | Judge: Franklin U. Valderrama |
| THE INDIVIDUALS, CORPORATIONS LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) | |
| | ) | Magistrate: Jeffrey T. Gilbert |
| Defendants. | ) | |

## DEFENDANT NO. 243, UNDEADREDNECK'S EXHIBITS
## IN SUPPORT OF MOTION TO DISMISSS COMPLAINT WITH PREJUDICE

_____

/s/Mike Lauzon

(The Rest Of This Page Has Been Intentionally Left Blank)

# EXHIBIT A

**EXHIBIT A**
**Screenshots showing Defendants TeePublic page**



# EXHIBIT B

**EXHIBIT B**
**Screenshots of email received from TeePublic**



# EXHIBIT C

**EXHIBIT C – Figure 1**
**Screenshots of Emails Between Plaintiff's Counsel and Defendant**

*Figure 1 - First Email from Plaintiff's Counsel*



This is the initial email from Plaintiff's attorney.

It does not mention anywhere that Defendant is being SUED.

It only mentions Trademark infringement in the email, yet the documents say Copyright infringement also.

It doesn't inform any layman, like Defendant what to do or what it means. It doesn't inform any layman, like Defendant that legal advice should be sought, nor does it inform Defendant what a default judgment

The documents were attached as PDF's as stated. Along with a link to a document sharing space. (Service Link)

**EXHIBIT C – Figure 2**
**Screenshots of Emails Between Plaintiff's Counsel and Defendant**

*Figure 2 - Defendant's First and Second Replies to Plaintiff's Counsel*

> On Tue, Dec 19, 2023, 9:12 a.m. Mike L <mike.t.lauzon@gmail.com> wrote:
>> Good morning,
>>
>> I am unsure if you got my previous email, (on november 22nd )and I forgot to mention my online name there at teepublic I am undeadredneck, and the one design that didn't sell was a parody design a mr t bear. I am attaching the sales report on the shirt.
>>
>> As it's a parody I don't believe this applies to me. As I do shirt parodies for a side job. I do not have the funds [for a] counsel, nor a trip to Illinois to represent myse[lf in your] lovely state.
>>
>> I am currently in halifax nova scotia, there wa[s...] design was taken down immediately. Hope yo[u...] season
>>
>> If any further questions arise email me here
>>
>> Sincerely
>>
>> Mike
>> Mike.t.lauzon@gmail.com
>
> On Wed, Nov 22, 2023, 5:29 a.m. Mike L <mike.t.lauzon@gmail.com> wrote:
>> Good morning,
>>
>> Hope all is well with you, so I've been named in this for a design that was a parody design of mr t as a care bear, that didn't sell anyways. As to me being in halifax ns, and can not afford a trip to Cleveland anytime soon, let alone a lawyer to look through this and the one drive is associated to a old phone number I no longer own.
>>
>> I cannot attend this, as my designs usually get me groceries funds if that anymore.
>>
>> Is there something I can fill out to squash this whole issue and not add anymore stress to a very stressful situation.
>>
>> Mike
>>
>> On Tue, Nov 21, 2023, 7:12 p.m. William B. Kalbac <wkalbac@hsplegal.com> wrote:

> **Annotation:** Defendants 2 attempts to contact Plaintiff's counsel are shown in this screenshot as an email trail.
> In both attempts Defendant, explains the design is parody, it didn't sell, and how Defendant is in Canada.
> Defendant attached the sales report to prove zero sales, in the second email.
>
> The trail is a direct reply to the email from Plaintiff's attorney on 21st November.

**EXHIBIT C – Figure 3**
**Screenshots of Emails Between Plaintiff's Counsel and Defendant**

*Figure 3 - Defendant's 3rd email to Plaintiff's Counsel*



**EXHIBIT C – Figure 4**
**Screenshots of Emails Between Plaintiff's Counsel and Defendant**

*Figure 4 – Defendants 4th email to Plaintiff's Counsel*

Confr on motion to dismiss Inbox

Mike L Jan 9
to William, trademark

> Defendant's 4th attempt to make contact. IMPORTANTLY, this time Defendant changed the email subject in hope that it would get the attention of Plaintiff's counsel.
>
> The email referenced the email trail, so Plaintiff's counsel could clearly see Defendant's previous attempts within the same conversation.
>
> Defendant reasserts lack of sales and the intention to file a motion to dismiss, along with being a sole trader in Canada

Dear SIrs,

As per the email trail above, I am writing to you further as there are no sales in the state of Illinois let alone any sales at all. I will submitting a motion to the court to dismiss for lack of personal jurisdiction along with an affidavit showing zero sales in illinois and anywhere else.

Your clients restraint on my account in its entirety may not seem significant to you, but to me that supplements my income. The money on hold and complete restriction of my designs is not necessary as they has no link to your client. I have not sold any of the alleged infringing items as accused. Restricting my entire business is overreaching. I am a sole trader in Canada, not a defendant by any of the descriptions in the complaint.

Would your client oppose me submitting a motion to dismiss? I shall be submitting this in due course, by the end of this week. Or would your client dismiss me now with prejudice, to avoid any unnecessary work on both out parts?

Sincerely

Mike lauzon
(Undeadredneck defendant 243)

On Tue, Dec 19, 2023, 9:17 a.m. Mike L <mike.t.lauzon@gmail.com> wrote:

> On Tue, Dec 19, 2023, 9:12 a.m. Mike L <mike.t.lauzon@gmail.com> wrote:
>
> > Good morning,
> >
> > I am unsure if you got my previous email, (on november 22nd )and I forgot to mention my online name there at teepublic I am undeadredneck, and the one design that didn't sell was a parody design a mr t bear. I am attaching the sales report on the shirt.
> >
> > As it's a parody I don't believe this applies to me. As I do shirt parodies for a side job. I do not have the funds to pay for legal counsel, nor a trip to Illinois to represent myself although it is a lovely state.
> >
> > I am currently in halifax nova scotia, there was a dmca and the design was taken down immediately. Hope you have a great holiday season



**EXHIBIT C – Figure 5**
**Screenshots of Emails Between Plaintiff's Counsel and Defendant**

*Figure 5 – Second Email from Plaintiff's Counsel*



**EXHIBIT C – Figure 6**
**Screenshots of Emails Between Plaintiff's Counsel and Defendant**

*Figure 6 - Defendant's 5th email to Plaintiff's Counsel*

> Defendant's 5th email to Plaintiff's counsel.
>
> Defendant again asserts zero sales, no contacts, refers to a case, references parts from the complaint and how they don't apply.
>
> Defendant assert the alleged item will not be relisted, there was no intention and the drawing was hand drawn in good faith.

**Mike L** Jan 9
to William

Hi Bill

Thank you for providing the evidence. Your evidence only shows it is possible to purchase a tshirt from Teepublic and have it posted to Illinois. This does not show personal jurisdiction exits.

As i've said previously, I have made zero sales of this item. This is not enough to form any minimum contacts with Illinois. I have no contacts with Illinois in any way to meet the minimum contacts required for personal jurisdiction. See, Rubik's Brand, Ltd.v. Partnerships, 2021 WL 825668, at *4 (N.D. Ill. Mar. 4, 2021) "That an Illinoisan might someday find [the defendant's] website and decide to purchase a counterfeit Rubik's product from the site simply does not suffice to vest the Court with personal jurisdiction over [the defendant]."

Your client should not have any concerns about me. I am nothing like the complaint describes.

For instance "Internet websites like the Defendants' Internet Stores are also estimated to contribute to tens of thousands of lost jobs for legitimate businesses and broader economic damages such as lost tax revenue." Firstly, what is the proof that my teepublic account fits anything like this description? Also the complaint is clearly targeting Chinese sellers in the main and it feels like your client has simply thrown in my drawings in hope of getting some extra money, when in fact they don't have any jurisdiction, and I am not the defendant they describe.

Please ask your client, one last time if they will dismiss. Without admitting in any way that the complaint states a claim, I will of course agree not to list the drawings again. However, I cannot afford and do not agree to any form of payment for a drawing I drew in good faith with no intention to infringe and one where you client would not have had any damage caused by me.

Thanks Mike

Show quoted text

# EXHIBIT D

**Exhibit D**
**Sales / Commission Information**



This report has been provided by TeePublic and also emailed to Plaintiff.
It show the non-infringing item's title, image,

Defendant username, Defendant's email address, and the ZERO (0) sales and ZERO (0) commission earned.

# EXHIBIT E

# EXHIBIT E – Figure 1
# PLAINTIFF'S EVIDENCE SCREENSHOTS

The evidence page is very long, and for clarity here, the screenshots on these pages have been cropped to remove whitespace and any sponsored listings which take up space.



*Figure 1 - Plaintiff's Evidence Screenshots*

# EXHIBIT E – Figure 2
# PLAINTIFF'S EVIDENCE SCREENSHOTS

This part of the screenshot shows the item specifics and description for the alleged infringing item

*Figure 2 - Plaintiff's Evidence Screenshots*



**EXHIBIT E – Figure 3**
**PLAINTIFF'S EVIDENCE SCREENSHOTS**
**Checkout Page**

*Figure 3 - Plaintiff's Evidence Screenshots*

