# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Those Characters from Cleveland, LLC

                                                Plaintiff,

v.                                                   Case No.: 1:23−cv−15080

                                                    Honorable Franklin U. Valderrama

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court is in receipt of Defendant Gaming Galaxy Shirts' (No. 91) Withdrawal for Motion to Dismiss [84]. The Court grants the motion. The motion to dismiss [59] is denied as moot. The Court is also in receipt of Defendant No. 243, Undeadredneck's Motion to Dismiss Complaint with Prejudice [81]. On or before 02/21/2024, Plaintiff shall file a response. On or before 03/06/2024, Defendant Undeadredneck shall file a reply. Finally, the Court grants Plaintiff's Opposed Amended Motion for a First Extension of Time to File A Response to Defendant's Motion to Dismiss [Dkt. Nos. 69, 70] [86], [85]. Plaintiff shall file a response by 02/06/2024. Defendant TopNotchy shall file a reply by 02/20/2024. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.