# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Those Characters from Cleveland, LLC

                                                         Plaintiff,

v.                                                       Case No.: 1:23−cv−15080

                                                       Honorable Franklin U. Valderrama

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 9, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudices as to Defendant No. 243 [93] and pursuant to Federal Rule of Civil Procedure 41(a)(1), all causes of action in the complaint as to Defendant Undeadredneck (No. 243) are dismissed without prejudice. Defendant Undeadredneck's motion to dismiss [81] is denied as moot. Each party shall bear its own attorney's fees and costs. The case continues against the remaining defendants. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.